IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS KINER,** | Case No. 2:24-cv-02709 CKD |
| Plaintiff, | **ORDER GRANTING DEFENDANTS GREGOIRE, TYLER, AND GUZMAN'S *EX PARTE* APPLICATION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING** |
| v. | |
| **GUZMAN, et al.,** | |
| Defendants. | |

Having read and considered Defendants Gregoire, Tyler, and Guzman's *Ex Parte* Application for Extension of Deadline to File Responsive Pleading and the declaration of Deputy Attorney General Chase Goldstein in support, and for good cause showing, the application is **GRANTED**.

Accordingly, it is **ORDERED** that Defendants Gregoire, Tyler, and Guzman shall file and serve their responsive pleading on or before August 23, 2025.

Dated:  July 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE